UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-md-03036-RJC

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO CASE NO. 3:22-cv-00433-RJC<br><br>**Order** |

**THIS MATTER** is before the Court on the Plaintiff and Defendants Watchung Pediatrics, Susan P. Korb, APN, and Vineetha A. Alias, D.O.'s (the "Defendants") Joint Stipulation of Dismissal as to the Defendants (the "Stipulation of Dismissal") (Case No. 3:22-cv-433, Doc. No. 13) and the Defendants' Motion to Dismiss (Case. No. 3:22-md-3036, Doc. No. 43). In the Stipulation of Dismissal, the Plaintiff and Defendants agreed to dismiss the Defendants from this action with prejudice, with each side bearing its own costs and attorneys' fees. The claims against the Merck Defendants are not dismissed or otherwise affected by the Stipulation of Dismissal. Subsequently, the Plaintiff filed an Amended Complaint naming only Merck & Co., Inc. and Merck Sharp Dohme, LLC as Defendants in the action. By consent of the Plaintiff and Defendants,

**IT IS, THEREFORE, ORDERED** that:

1. Defendants Watchung Pediatrics, Susan P. Korb, APN, and Vineetha A. Alias, D.O. are **DISMISSED WITH PREJUDICE**, with each side bearing its own costs and attorneys' fees;

2. Defendants' Motion to Dismiss (Case. No. 3:22-md-3036, Doc. No. 43) is **DENIED AS MOOT**; and

3. Plaintiff's claims against Defendants Merck & Co., Inc. and Merck Sharp Dohme, LLC are not dismissed or otherwise affected by this Order.

**SO ORDERED.**

Signed: January 27, 2023

Robert J. Conrad, Jr.
United States District Judge